# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TENNESSEE
### WESTERN DIVISION

FILED UNDER SEAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| **Plaintiff,** | ) | Cr. No. ___05-20405Ma V___ |
| | ) | |
| vs. | ) | |
| | ) | |
| GARY FITZGERALD DUGGER | ) | |
| a/k/a "LITTLE G", | ) | |
| | ) | |
| **Defendant.** | ) | |

## ORDER SEALING INDICTMENT

Upon motion of the United States and for good cause shown, the indictment against the above-named Defendant(s) is hereby ordered sealed until further order of the Court.

_____
**UNITED STATES MAGISTRATE JUDGE**

DATE: _November 22, 2005_

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CR-20405 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT