IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -1  PM 3: 16

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

UNITED STATES OF AMERICA,

VS.                                          NO. 05-20405-MaV

GARY FITZGERALD DUGGER,
a/k/a "LITTLE G,"

    Defendant.

ORDER GRANTING MOTION TO UNSEAL INDICTMENT

Before the court is the government's November 29, 2005, motion to unseal the indictment in this matter. For good cause shown, the motion is granted. The Clerk of Court is instructed to unseal the indictment in this case.

It is so ORDERED this 30th day of November, 2005.

                              SAMUEL H. MAYS, JR.
                              UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _____12-6-05_____

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 10 in case 2:05-CR-20405 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT