IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -7 AM 8: 13

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

**UNITED STATES OF AMERICA**

V.                                                                                          05-20405-Ma

**GARY FITZGERALD DUGGER**

## ORDER ON ARRAIGNMENT

This cause came to be heard on _December 6, 2005_, the United States Attorney for this district appeared on behalf of the government, and the defendant appeared in person and with counsel:

NAME _B. Hamrin_ who is Retained/Appointed.

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

____ The defendant, who is not in custody, may stand on his present bond.
✓ The defendant, (not having made bond) (being a state prisoner) (being a federal prisoner) (being held without bond pursuant to BRA of 1984), is remanded to the custody of the U.S. Marshal.

_____
UNITED STATES MAGISTRATE JUDGE

CHARGES: 21:846;

U. S. Attorney assigned to Case: T. Arvin

Age: 35

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _12-12-05_

17

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 17 in case 2:05-CR-20405 was distributed by fax, mail, or direct printing on December 12, 2005 to the parties listed.

---

FPD
FEDERAL PUBLIC DEFENDER
200 Jefferson Ave.
Ste. 200
Memphis, TN 38103

Tony R. Arvin
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT